■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR MELENDEZ, Appellant. [933 NYS2d 868]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Gonzalez, P.J., Friedman, Moskowitz, Acosta and Richter, JJ.